Lori J. Costanzo, SBN 142633
COSTANZO LAW FIRM
111 West St. John Street, #700
San Jose, CA 95113
Phone:   408.993.8493
Fax:     408.993.8496
Email:   Lori@costanzo-law.com

Attorney for **Plaintiff, Rosa Cruz**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ROSA CRUZ<br><br>    Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC.; and DOES 1-50, inclusive,<br><br>    Defendant. | **Case No.: 5:20-CV-04072-LHK**<br><br>**JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION <u>WITH PREJUDICE</u>**<br><br>Complaint Filed: April 1, 2020 |

Plaintiff Rosa Cruz ("Plaintiff") and Lowe's Home Centers, LLC ("Lowe's") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, the Parties have reached a settlement resolving Plaintiff's claims against Lowe's Home Centers, LLC;

WHEREAS, on October 13, 2020, the Parties settled all claims in a private mediation.

WHEREAS, Plaintiff desires to dismiss the action in its entirety and all claims against Lowe's <u>with prejudice</u>;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties, by and through their counsel of record, hereby stipulate and request that the Court dismiss the action in its entirety <u>with prejudice</u>, with all Parties to bear their own costs and fees incurred herein.

**IT IS SO STIPULATED**.

Dated: November 10, 2020

/s/ *Lori J. Costanzo*
Lori J. Costanzo
Attorneys for Plaintiff
Rosa Cruz

Dated: November 10, 2020

/s/
Neal A. Fisher Jr.
Kathleen Jones
Attorneys for Defendant
Lowe's Home Centers, LLC.

## ATTESTATION REGARDING SIGNATURES

Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I, Lori Costanzo, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

Dated: November 10, 2020

*Lori J. Costanzo*
Lori J. Costanzo

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Dated: November 10, 2020

*Lori J. Costanzo*
Lori J. Costanzo

JOINT STIPULATION RE: DISMISSAL OF ENTIRE ACTION WITH PREJUDICE